**Order entered July 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01486-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

Appellant's motion for new trial due to failure to file findings of fact and conclusions of

law filed on February 27, 2018 is **DENIED**.

/s/    DAVID L. BRIDGES
       JUSTICE